CUMMINS & WHITE, LLP
James R. Wakefield, P.C., Bar No. 102024
Margaret R. Miglietta, Bar No. 116026
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0757
Telephone:  (949) 852-1800
Facsimile:  (949) 852-8510

**JS-6**

Attorneys for Plaintiff/Defendant
SOUTHERN CALIFORNIA REGIONAL RAIL
AUTHORITY dba METROLINK
**(Government Entity - Exempt from Filing Fee Pursuant to
Government Code §6103)**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba METROLINK, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, a Texas Corporation;  AMERICAN CONTRACTORS INSURANCE GROUP, LTD., a Bermuda corporation; ACIG INSURANCE COMPANY; an Illinois corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | CIVIL ACTION NO. CV-08-00534 (VBF) (JCX) <br><br> **ORDER RE DISMISSAL** <br><br> Disc. Cutoff:      None <br> Motion Cutoff:   None <br> Trial Date:        None |
| AMERICAN CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, a Texas corporation, <br><br> Third Party Plaintiff, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, a Wisconsin corporation, <br><br> Third Party Defendant. | |

-1-

|Q600.3|441021.DOC;1|

1        The parties have submitted a stipulation re dismissal of this action in its
2  entirety, including all claims, brought by Plaintiff/Counter-Defendant SOUTHERN
3  CALIFORNIA REGIONAL RAIL AUTHORITY dba METROLINK and those
4  asserted by Third Party Plaintiff/Counter-Claimant AMERICAN CONTRACTORS
5  INSURANCE COMPANY RISK RETENTION GROUP, AMERICAN
6  CONTRACTORS INSURANCE GROUP, LTD and ACIG INSURANCE
7  COMPANY without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

8

9        THEREFORE,

10       GOOD CAUSE APPEARING, the Court orders this entire action, both the
11  Complaint, the Third-Party Complaint and Counter-Claim, be dismissed without
12  prejudice.

13

14  Dated:  February 13, 2009

*Valerie Baker Fairbank*

                   U.S. DISTRICT JUDGE

-2-